UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE BULLOCK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOHN M. DOWBACK, et al.,<br><br>　　　　　Defendants. | No.  2:23-cv-1634 TLN CKD P<br><br><br>ORDER |

　　　Plaintiff has filed a motion for an extension of time to file an amended complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1. Plaintiff's motion for an extension of time (ECF No. 12) is granted; and

　　　2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.  Failure to comply with this order will result in a recommendation that this action be dismissed.

Dated:  November 2, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
bull1634.36