UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD LEE BULLOCK,<br><br>Plaintiff,<br><br>v.<br><br>JASON M. DOWBACK, et al.,<br><br>Defendants. | No.  2:23-cv-1634 TLN CKD P<br><br><br><br>ORDER |

Plaintiff has filed a motion for an extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 19) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint. Failure to file an amended complaint will result in a recommendation that this action be dismissed.

Dated:  March 8, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/ks
bull1634.36(2)