1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICHARD LEE BULLOCK,                    No.  2:23-cv-1634 TLN CKD

12               Plaintiff,

13        v.

14   JOHN M. DOWBAK, et al.,                 FINDINGS AND RECOMMENDATIONS

15               Defendants.

16

17         On August 24, 2023, plaintiff's complaint was dismissed with leave to amend.  The

18   amended complaint was due on April 10, 2024, and plaintiff has not filed an amended complaint.

19         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

20   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

21         These findings and recommendations are submitted to the United States District Judge

22   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

23   after being served with these findings and recommendations, plaintiff may file written objections

24   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

25   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

26   /////

27   /////

28   /////

1

1    time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th

2    Cir. 1991).

3    Dated:  April 22, 2024

4                                                    _____

                                                     CAROLYN K. DELANEY
5                                                    UNITED STATES MAGISTRATE JUDGE

6

7

8    1
     bull1634.fta
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28